UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, | § | |
| A/S/O ERIK PARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *vs*. | § | CIVIL NO. 4:25-CV-661-SDJ |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Plaintiff, Allstate Indemnity Company, a/s/o Eric Park ("Plaintiff"), and Defendants, Samsung

Electronics America, Inc. and Samsung Electronics Co., Ltd. ("Defendants"), reached  a preliminary

settlement of this case, pending the signing of a release and funding.  The parties request that the Court

not administratively close this case for at least 45 days in order to give the parties a chance to  fully

effectuate this settlement and to file a Joint Stipulation of Dismissal.  If, for any reason, the settlement

falls apart, the parties will notify the Court.

Date:  April 17, 2026.

Respectfully submitted,

/s/ Paul Vigushin

_____

Paul Vigushin
State Bar No. 00797600
LAW OFFICES OF PAUL VIGUSHIN, P.C.
2201 N. Central Expy., Ste. 115
Richardson, TX 75080
(972) 705-9911 (tel.)
paul@pv-law.com
**Attorney for Plaintiff, Allstate Indemnity**

**Company, a/s/o Brian Park**

/s/ Michael T. Smith

_____

Michael T. Smith
Texas Bar No. 24117985
michael.smith@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
Santander Tower
1601 Elm St., Ste. 2600
Dallas, TX 75201
Telephone: (214) 698-8069
**Attorney for Defendants, Samsung Electronics
America, Inc., and Samsung Electronics Co.,
Ltd.**